DAVID J. McGOWN et al., Appellants, *v.* CURTIS A. BARNUM et al., Respondents.

*McGown* v. *Barnum*, 96 App. Div. 626, appeal dismissed.
(Argued October 4, 1904; decided October 18, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 30, 1904, which modified and affirmed as modified an order of Special Term confirming the report of a referee appointed to assess damages by reason of an injunction.

*Clarence L. Barber* for appellants.

*Carlton B. Pierce* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, MARTIN, VANN and WERNER, JJ.    Absent: GRAY, J.